**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000757**
**28-MAR-2016**
**08:37 AM**

NO. CAAP-15-0000757

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CHAD CROMER and CORI-ANN CROMER, Petitioners-Appellees, v.
MABEL LI, Respondent-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1SS15-1-1009)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On October 14, 2015, Respondent-Appellant Mabel Li
(Appellant), pro se, filed a notice of appeal. The district
court clerk electronically filed the notice of appeal to create
CAAP-15-0000757 on October 20, 2015;

(2) On December 15, 2015, the district court clerk
filed the record on appeal, and the appellate clerk notified the
parties that the statement of jurisdiction and opening brief were
due on or before December 28, 2015, and January 25, 2016,
respectively;

(3) Appellant did not file either document, or request an extension of time;

(4) On February 17, 2016, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on February 29, 2016, for appropriate action, which could include dismissal; and

(5) Thereafter, Appellant did not file the statement of jurisdiction or opening brief, or otherwise respond to the default notice.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, March 28, 2016.

Presiding Judge

Associate Judge

Associate Judge